# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: September 20, 2013**

Official Caption[1]

2013-1628

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff-Appellant,

and

E.I. DU PONT DE NEMOURS AND CO.,

Plaintiff-Appellant,

v.

Teresa Stanek Rea, ACTING DIRECTOR,
UNITED STATES PATENT AND TRADEMARK OFFICE,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 12-CV-1034, Judge Liam O'Grady.

Authorized Abbreviated Caption[2]

PRESIDENT AND FELLOWS HARVARD V REA, 2013-1628

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.